UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL MARSH,

                Petitioner,

  -against-

JOHN T. SMITH,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 0329 (NGG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 0 7 2005 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on June 6, 2005, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated May 2, 2005, after a *de novo* review of the record; denying petitioner's petition for a writ of habeas corpus; ordering that a Certificate of Appealability shall not issue; and certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted in its entirety; that petitioner's petition for a writ of habeas corpus is denied; that a Certificate of Appealability shall not issue; and that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith.

Dated: Brooklyn, New York
       June 06, 2005

                                                          ROBERT C. HEINEMANN
                                                          Clerk of Court